CENTER FOR DISABILITY ACCESS
Phyl Grace, Esq., SBN 171771
Dennis Price, Esq., SBN 279082
Matthew Valenti, Esq., SBN 253978
9845 Erma Road, Suite 300
San Diego, CA 92131
(858) 375-7385; (888) 422-5191 fax
mattv@potterhandy.com
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Chris Langer**, | Case: 3:18-CV-02767-JLS-MSB |
| Plaintiff, | **NOTICE OF APPEARANCE OF COUNSEL** |
| v. | |
| **Maksut Max Inciyan**, in individual and representative capacity as trustee of the Inciyan Family Trust; **Ann A. Inciyan,** in individual and representative capacity as trustee of the Inciyan Family Trust; and Does 1-10, | |
| Defendants. | |

Please take notice that Matthew Valenti of the firm Center for Disability Access, 9845 Erma Road, Suite 300, San Diego, California, 92131, hereby appears as counsel on behalf of Plaintiff Chris Langer. All pleadings and other documents served onto Chris Langer should also be directed to the attention of Matthew Valenti.

Dated: March 28, 2019        CENTER FOR DISABILITY ACCESS

                              By: /s/ Matthew Valenti
                                  Matthew Valenti
                                  Attorney for Plaintiff