UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS LANGER,<br><br>　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>MAKSUT MAX INCIYAN, in individual and representative capacity as trustee of the Inciyan Family Trust;<br>ANN A. INCIYAN, in individual and representative capacity as trustee of the Inciyan Family Trust; and DOES 1–10,<br><br>　　　　　　　　　　　Defendants. | Case No.: 18-CV-2767 JLS (MSB)<br><br>**ORDER VACATING HEARING AND TAKING MATTER UNDER SUBMISSION WITHOUT ORAL ARGUMENT**<br><br>(ECF No. 19) |

Presently before the Court is the Motion for Leave to File Third Party Complaint (ECF No. 19) filed by Defendant Maksut Max Inciyan individually and in his representative capacity as trustee of the Inciyan Family Trust.  The Court **VACATES** the hearing presently set for September 5, 2019, and takes the matter under submission without oral argument pursuant to Civil Local Rule 7.1(d)(1).

　　　**IT IS SO ORDERED.**

Dated: August 30, 2019

　　　　　　　　　　　　　　　　　　*Janis L. Sammartino*
　　　　　　　　　　　　　　　　　　Hon. Janis L. Sammartino
　　　　　　　　　　　　　　　　　　United States District Judge